United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DEHONEY,<br><br>  Plaintiff,<br><br> v.<br><br>KATHY KASER, et al.,<br><br>  Defendants | No. C-08-4092 MMC<br><br>**ORDER TRANSFERRING ACTION TO SAN JOSE DIVISION; VACATING FEBRUARY 6, 2009 CASE MANAGEMENT CONFERENCE** |

By order filed November 17, 2008, the Court ordered the parties to show cause, no later than December 5, 2008, why the above-titled action should not be transferred to the San Jose Division of this District. On December 2, 2008, defendant Denny's Inc., the only remaining defendant, filed a response in which it stated it was unaware of any reason why the action should not be transferred to the San Jose Division; plaintiff has not filed a response to the Court's order to show cause.

Accordingly, for the reasons stated in the Court's order of November 17, 2008, and no party having shown good cause why the action should not be transferred, the action is hereby TRANSFERRED to the San Jose Division.

In light of the transfer, the February 6, 2009 Case Management Conference before the undersigned is hereby VACATED. A new Case Management Conference, to occur in

the San Jose Division, will be scheduled after the action was been assigned to a district judge in the San Jose Division.

**IT IS SO ORDERED.**

Dated:  December 11, 2008

_____
MAXINE M. CHESNEY
United States District Judge