**DENIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN DEHONEY,<br><br>    Plaintiff,<br><br>vs.<br><br>DENNY'S, INC.,<br><br>    Defendant. | Case No. C-08-04092 JW<br><br>**ORDER DENYING STIPULATION RE: EXTENSION OF DEADLINE FOR DISPOSTIVE MOTIONS; ADVANCING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

   Presently before the Court is the parties' Stipulation Requesting an Order Extending Deadline for Dispositive Motions. (Docket Item No. 42.) Upon consideration, the Court finds that although its March 22, 2010 calendar is highly impacted, it can accommodate the hearing on Defendant's Motion for Summary Judgment as set by its December 8, 2009 Order. (Docket Item No. 40.) Accordingly, the Court ORDERS as follows:

   (1) Defendant's Motion for Summary Judgment currently set for April 26, 2010 is advanced to **March 22, 2010 at 9 a.m.** On or before **March 1, 2010**, Plaintiff shall file her Opposition. On or before **March 8, 2010**, Defendant shall file its Reply, if any.

   The Court notes that Defendant filed its Motion on February 12, 2010, which is well within the 35 day notice required by the Civil Local Rules for a March 22, 2010 hearing.

   (2) All other deadlines shall remain unchanged.

Dated: February 17, 2010

*James Ware*
JAMES WARE
United States District Judge