1   KAREN DEHONEY, IN PRO SE
    284 East Prosperity Avenue
2   Tulare, California 93274
    Telephone:   (559) 684-1765
3
    Plaintiff, in Pro Se
4

5   LAFAYETTE & KUMAGAI LLP
    GARY T. LAFAYETTE (State Bar No. 088666)
6   BRIAN H. CHUN (State Bar No. 215417)
    100 Spear Street, Suite 600
7   San Francisco, California 94105
    Telephone:   (415) 357-4600
8   Facsimile:    (415) 357-4605

9   Attorneys for Defendant
    DENNY'S, INC.
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15   KAREN DEHONEY,                       Case No. C-08-04092 JW

16          Plaintiff,                     **STIPULATED REQUEST FOR
                                           EXTENSION OF TIME TO FILE
17   vs.                                   JOINT PRETRIAL CONFERENCE
                                           STATEMENT, MOTIONS IN
18   DENNY'S, INC.,                        LIMINE, AND PROPOSED JURY
                                           INSTRUCTIONS; [PROPOSED]
19          Defendant.                     ORDER THEREON**

20                                         Complaint filed:  August 27, 2008
                                           Trial date:  June 2, 2010
21                                         Judge:  Hon. James Ware

22

23

24

25

26

27
                                                                        1
28
    STIPULATION REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL
    CONFERENCE STATEMENT, MOTIONS IN LIMINE, AND PROPOSED JURY
    INSTRUCTIONS; [PROPOSED] ORDER THEREON
    (Case No. C-08-04092 JW)

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1

## STIPULATION

2      WHEREAS, on March 22, 2010, the Court heard Defendant Denny's, Inc. ("Defendant")

3   Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment;

4      WHEREAS, on March 25, 2010, the Court issued an order requesting that Plaintiff Karen

5   DeHoney ("Plaintiff") submit further briefing and corroborating evidence to support the statements

6   she made at the March 22, 2010 hearing.  Plaintiff's further briefing is due on or before April 9,

7   2010.  Defendant's Response to Plaintiff's submission is due on or before April 14, 2010;

8      WHEREAS, the filing deadline for the Joint Pretrial Conference Statement, Motions in

9   Limine, and Proposed Jury Instructions is April 12, 2010;

10      WHEREAS, in light of the Court's March 25, 2010 Order, the Court will not rule on

11   Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment

12   until after the parties' deadline to file the Joint Pretrial Conference Statement, Motions in Limine,

13   and Proposed Jury Instructions;

14      WHEREAS, the scope of the case will not be determined until after the Court issues its

15   ruling regarding Defendant's Motion for Summary Judgment, or, in the Alternative, Partial

16   Summary Judgment; and

17      WHEREAS, on March 30, 2010, Plaintiff and Defendant agreed that it would be in the best

18   interests of both parties to prepare the Joint Pretrial Conference Statement, Motions in Limine, and

19   Proposed Jury Instructions after the Court's ruling on Defendant's Motion for Summary Judgment,

20   or, in the Alternative, Partial Summary Judgment;

21      IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant that the filing

22   deadline for the Joint Pretrial Conference Statement, Motions in Limine and Proposed Jury

23   Instructions be extended three weeks to May 3, 2010.

24   Dated: April 1, 2010                           LAFAYETTE & KUMAGAI LLP

25                                                       /s/ Brian H. Chun
26                                                    BRIAN H. CHUN
                                                     Attorneys for Defendant
27                                                   DENNY'S, INC.

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1    Dated: April 1, 2010                           KAREN DEHONEY, IN PRO SE
2
3                                                   KAREN DEHONEY
4                                                   Plaintiff, in Pro Se
5
6                                  **ORDER**
7        Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby
8    ORDERED that the filing date for the Joint Pretrial Conference Statement, Motions in Limine,
9    and Proposed Jury Instructions is extended by three weeks.  The new deadline for the Joint
10   Pretrial Conference Statement, Motions in Limine, and Proposed Jury Instructions is May 3,
11   2010.
12
13   PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
15   DATED:  ___April 7___, 2010
16                                                   HONORABLE JAMES WARE
                                                     United States District Judge
17   N:\Documents\Denn\Kare\Pldg\Stip Request for Extension\Stip Req, Extension.doc
18
...
28
                                                                                           3
     STIPULATION REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL
     CONFERENCE STATEMENT, MOTIONS IN LIMINE, AND PROPOSED JURY
     INSTRUCTIONS; [PROPOSED] ORDER THEREON

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


KAREN DEHONEY

                Plaintiff,

  v.

DENNY'S CORPORATION

                Defendant.
_____/

Case Number: CV08-04092 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karen DeHoney
284 E. Prosperity Avenue
Tulare, CA 93274

Dated: April 7, 2010

                                    Richard W. Wieking, Clerk
                                    /s/ By: Elizabeth C. Garcia, Deputy Clerk