1  KAREN DEHONEY, IN PRO SE
   284 East Prosperity Avenue
2  Tulare, California 93274
   Telephone: (559) 684-1765
3
   Plaintiff, in Pro Se
4

5  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
6  BRIAN H. CHUN (State Bar No. 215417)
   100 Spear Street, Suite 600
7  San Francisco, California 94105
   Telephone: (415) 357-4600
8  Facsimile: (415) 357-4605

9  Attorneys for Defendant
   DENNY'S, INC.
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15 KAREN DEHONEY,                        Case No. C-08-04092 JW

16         Plaintiff,                    **STIPULATED REQUEST TO
                                         CONTINUE FINAL PRETRIAL
17 vs.                                   CONFERENCE AND TO EXTEND
                                         DEADLINE TO FILE JOINT
18 DENNY'S, INC.,                        PRETRIAL CONFERENCE
                                         STATEMENT, MOTIONS IN
19         Defendant.                    LIMINE, PROPOSED JURY
                                         INSTRUCTIONS AND PRETRIAL
20                                       DISCLOSURES; [PROPOSED]
                                         ORDER THEREON**
21
                                         Complaint filed: August 27, 2008
22                                       Trial date: June 2, 2010
                                         Judge: Hon. James Ware
23

24

25

26

27
                                                                        1
28 STIPULATED REQUEST TO CONTINUE FINAL PRETRIAL CONFERENCE AND TO
   EXTEND DEADLINE TO FILE JOINT PRETRIAL CONFERENCE STATEMENT, MOTIONS
   IN LIMINE, PROPOSED JURY INSTRUCTIONS AND PRETRIAL DISCLOSURES;
   [PROPOSED] ORDER THEREON
   (Case No. C-08-04092 JW)

## STIPULATION

WHEREAS, on March 22, 2010, the Court heard Defendant Denny's, Inc. ("Defendant") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment;

WHEREAS, on March 25, 2010, the Court issued an order requesting that Plaintiff Karen DeHoney ("Plaintiff") submit further briefing and corroborating evidence to support the statements she made at the March 22, 2010 hearing;

WHEREAS on April 7, 2010, the Court granted the parties' stipulated request for an extension of time to file the Joint Pretrial Conference Statement, Motions in Limine and Proposed Jury Instructions from April 12, 2010 to May 3, 2010, so that the parties would have the Court's ruling on Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment prior to filing pretrial documents.

WHEREAS on April 9, 2010, Plaintiff filed her supplemental opposition to Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment;

WHEREAS on April 14, 2010, Defendant filed its response to Plaintiff's supplemental opposition to Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment;

WHEREAS the filing deadline for the Joint Pretrial Conference Statement, Motions in Limine, Proposed Jury Instructions and Pretrial Disclosures is May 3, 2010;

WHEREAS the Final Pretrial Conference is scheduled for May 10, 2010;

WHEREAS the Court has not issued a ruling on Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment;

WHEREAS, the scope of the case will not be determined until after the Court issues its ruling on Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment; and

WHEREAS, Plaintiff and Defendant agree that it would be in the best interests of both parties to prepare the pretrial documents after the Court rules on Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment;

STIPULATED REQUEST TO CONTINUE FINAL PRETRIAL CONFERENCE AND TO EXTEND DEADLINE TO FILE JOINT PRETRIAL CONFERENCE STATEMENT, MOTIONS IN LIMINE, PROPOSED JURY INSTRUCTIONS AND PRETRIAL DISCLOSURES; [PROPOSED] ORDER THEREON
(Case No. C-08-04092 JW)

2

1  IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant that the Final
2  Pretrial Conference be continued two weeks from May 10, 2010 to May 24, 2010 at 11:00 a.m.
3  and the filing deadline for the Joint Pretrial Conference Statement, Motions in Limine, Proposed
4  Jury Instructions and Pretrial Disclosures be extended two weeks from May 3, 2010 to May 17,
5  2010.

7  Dated: April 28, 2010                                      LAFAYETTE & KUMAGAI LLP

8                                                              /s/ Brian H. Chun
                                                              BRIAN H. CHUN
9                                                             Attorneys for Defendant
                                                              DENNY'S, INC.

11  Dated: April 28, 2010                                     KAREN DEHONEY, IN PRO SE

                                                              KAREN DEHONEY
                                                              Plaintiff, in Pro Se

## ORDER

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby
ORDERED that the Final Pretrial Conference be continued to May 24, 2010 at 11:00 a.m. and
the filing deadline for the Joint Pretrial Conference Statement, Motions in Limine, Proposed Jury
Instructions and Pretrial Disclosures be extended to May 17, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___April 30___, 2010                                   _____
                                                              HONORABLE JAMES WARE
                                                              United States District Judge

Denn\Kare\Pldg\Stip Request for Extension (Apr. 28, 2010)\Stip Req. Extension.doc

3

28  STIPULATED REQUEST TO CONTINUE FINAL PRETRIAL CONFERENCE AND TO
    EXTEND DEADLINE TO FILE JOINT PRETRIAL CONFERENCE STATEMENT, MOTIONS
    IN LIMINE, PROPOSED JURY INSTRUCTIONS AND PRETRIAL DISCLOSURES;
    [PROPOSED] ORDER THEREON

# CERTIFICATE OF SERVICE

I declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105.

On April 28, 2010, I served the document named below on the parties in this action as follows:

**STIPULATED REQUEST TO CONTINUE FINAL PRETRIAL CONFERENCE AND TO EXTEND DEADLINE TO FILE JOINT PRETRIAL CONFERENCE STATEMENT, MOTIONS IN LIMINE, PROPOSED JURY INSTRUCTIONS AND PRETRIAL DISCLOSURES; [PROPOSED] ORDER THEREON**

__X__ (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

_____ (BY PERSONAL SERVICE) I caused to be personally served each document listed above on the addressee (s) noted below.

_____ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

_____ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each Such envelope to the addressee noted below.

Karen DeHoney, In Pro Se
284 East Prosperity Avenue
Tulare, California 93274

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   April 28, 2010   , at San Francisco, California.

_____
Tahlise M. Hines

4

STIPULATED REQUEST TO CONTINUE FINAL PRETRIAL CONFERENCE AND TO EXTEND DEADLINE TO FILE JOINT PRETRIAL CONFERENCE STATEMENT, MOTIONS IN LIMINE, PROPOSED JURY INSTRUCTIONS AND PRETRIAL DISCLOSURES; [PROPOSED] ORDER THEREON
(Case No. C-08-04092 JW)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAREN DEHONEY ,

        Plaintiff,

  v.

DENNY'S CORPORATION et al,

        Defendant.
                                     /

Case Number: CV08-04092 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karen DeHoney
284 E. Prosperity Avenue
Tulare, CA 93274

Dated: April 30, 2010

                                      Richard W. Wieking, Clerk
                                      /s/ By: Elizabeth C. Garcia, Deputy Clerk