IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Karen DeHoney, | NO. C 08-04092 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Denny's, Inc., | |
| Defendant. | |

Pursuant to the Court's May 6, 2010 Order Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Denny's, Inc., against Plaintiff Karen DeHoney.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: May 6, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian H. Chun bchun@lkclaw.com
Gary T. Lafayette glafayette@lkclaw.com

Karen DeHoney
284 E. Prosperity Avenue
Tulare, CA 93274

**Dated: May 6, 2010**          **Richard W. Wieking, Clerk**

                                **By:    /s/ JW Chambers**
                                        **Elizabeth Garcia**
                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California